# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

| | |
|---|---|
| **ROTHSCHILD PATENT IMAGING, LLC,** | C.A. No. _____ |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | **PATENT CASE** |
| **NIGHT OWL SP, LLC,** | |
| Defendant. | |

## ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Rothschild Patent Imaging, LLC files this Original Complaint for Patent Infringement against Night Owl SP, LLC and would respectfully show the Court as follows:

### I. THE PARTIES

1. Plaintiff Rothschild Patent Imaging, LLC ("RPI" or "Plaintiff") is a Texas limited liability company having an address at 1 East Broward Boulevard, Suite 700, Ft. Lauderdale, FL 33301.

2. On information and belief, Defendant Night Owl SP, LLC ("Night Owl" or "Defendant") is a Florida limited liability company with a regular and established place of business at 4851 Tamiami Trail N, Naples, FL 34103.

1

## II.  JURISDICTION AND VENUE

3. This action arises under the patent laws of the United States, Title 35 of the United States Code.  This Court has subject matter jurisdiction of such action under 28 U.S.C. §§ 1331 and 1338(a).

4. On information and belief, Defendant is subject to this Court's specific and general personal jurisdiction, pursuant to due process and the Florida Long-Arm Statute, due at least to its business in this forum, including at least a portion of the infringements alleged herein at 4851 Tamiami Trail N, Naples, FL 34103.

5. Without limitation, on information and belief, Defendant has derived revenues from its infringing acts occurring within Florida.  Further, on information and belief, Defendant is subject to the Court's general jurisdiction, including from regularly doing or soliciting business, engaging in other persistent courses of conduct, and deriving substantial revenue from goods and services provided to persons or entities in Florida.  Further, on information and belief, Defendant is subject to the Court's personal jurisdiction at least due to its sale of products and/or services within Florida.  Defendant has committed such purposeful acts and/or transactions in Florida such that it reasonably should know and expect that it could be sued in this Court as a consequence of such activity.

6. Venue is proper in this District under 28 U.S.C. § 1400(b). On information and belief, Defendant has a regular and established place of business in Florida and in this District at 4851 Tamiami Trail N, Naples, FL 34103. On information and belief, from and within this District, Defendant has committed acts of infringement, including at least a portion of the infringements at issue in this case.

7. For these reasons, personal jurisdiction exists and venue is proper in this Court under 28 U.S.C. § 1400(b).

### III. COUNT I
### (PATENT INFRINGEMENT OF UNITED STATES PATENT NO. 8,437,797)

8. Plaintiff incorporates the above paragraphs herein by reference.

9. On May 7, 2013, United States Patent No. 8,437,797 ("the '797 Patent") was duly and legally issued by the United States Patent and Trademark Office. A true and correct copy of the '797 Patent is attached hereto as Exhibit A and incorporated herein by reference.

10. RPI is the assignee of all right, title, and interest in the '797 patent, including all rights to enforce and prosecute actions for infringement and to collect damages for all relevant times against infringers of the '797 Patent. Accordingly, RPI possesses the exclusive right and standing to prosecute the present action for infringement of the '797 Patent by Defendant.

11.     The '797 Patent relates to the field of systems and methods for distributing photographic images from a capturing device with photographic capabilities and cooperatively structured to automatically wirelessly transmit to a second image-capturing device using selective transfer criteria. (Ex. A at 1:14-21). The invention addressed a technological problem of transmitting photographic images between image-capturing devices based on the geographic location of one of the image-capturing devices. (*Id.* at 1:44-2:7). There were problems with prior art system including requiring attaching photographic images to emails for transmission or personally uploading an image to a central storage that must then be accessed by users of other devices. (*Id.* at 1:58-63). As a result, there was a need for an image distribution system and method which is structured to dispose image-capturing devices in a communicative relation with receiving image-capturing devices for instantaneous, automatic, and/or selective distribution of images therebetween. (*Id.* at 2:8-12).

12.     **Direct Infringement.** Upon information and belief, Defendant has been directly infringing and continues to infringe claim 9 of the '797 Patent in Florida, this District. and elsewhere in the United States. As shown below, Defendant's use and testing of its home security system using an image-capturing mobile device, including but not limited to Wi-Fi cameras such as CAM-

4

WNIP2LWA, CAM-2PK-WNIP8LBU, CAM-WNIP2LBU, CAM-WNIP2LBU-R, CAM-2PK-WNIP2LBU, that perform the claimed method and infringes claim 9.

13.  For example, Defendant provides Wi-Fi cameras such as CAM-WNIP2LWA, CAM-2PK-WNIP8LBU, CAM-WNIP2LBU, CAM-WNIP2LBU-R, CAM-2PK-WNIP2LBU (used herein as an exemplary infringing product and referred to as 'the camera') ("image-capturing mobile device"). The camera connects to a Night Owl Protect application via Wi-Fi, which users can install on mobile devices such as smartphones or tablets. Further, the camera comprises motion-activated spotlights that activate upon detecting humans and human detection technology with facial capturing that allows the camera to capture an image of the person's face, thereby notifying the user by transmitting the captured videos and images to the paired Night Owl Protect application.



(https://nightowlsp.com (annotated)).




(https://play.google.com/store/apps/details?id=com.nightowlsp.nop&hl=en_US (annotated)).

(https://play.google.com/store/apps/details?id=com.nightowlsp.nop&hl=en_US (annotated)).

(https://nightowlsp.com/products/wi-fi-ip-plug-in-1080p-spotlight-cameras-with-2-way-audio-and-audio-alerts-and-sirens-2-pack-white (annotated)).

6

**Camera Overview**

Proudly American, Night Owl® is excited to offer our U.S. designed and engineered 1080p HD Wi-Fi IP Camera(s) with Built-In Motion-Activated Spotlights, Human Detection Technology, and 2-Way Audio. The bright spotlight activates when it senses human motion, stopping trespassers in their tracks. Human Detection reduces false alerts to your Smart Device, while Facial Capture takes a snapshot of a person's face and sends you a real-time alert. 2-Way Audio lets you record sound and use the virtual intercom feature to hear what's happening and to talk through the camera(s). These weather-resistant indoor/outdoor camera(s) use Color Night Vision to continue recording in full-color in low-light settings, only switching to Night Vision if necessary. Night Vision up to 100 ft. and wide-angle viewing provides extreme coverage for your home or business.

(https://nightowlsp.com/products/wi-fi-ip-plug-in-1080p-spotlight-cameras-with-2-way-audio-and-audio-alerts-and-sirens-2-pack-white (annotated)).



(https://nightowlsp.com/products/wi-fi-ip-plug-in-1080p-spotlight-cameras-with-2-way-audio-and-audio-alerts-and-sirens-2-pack-white (annotated)).

14. Defendant uses its image-capturing mobile devices to perform the step of receiving a plurality of photographic images. For example, upon detecting human beings, the Facial Capture technology of the camera enables it to capture an image of the person's face and record high-resolution video clips ("receiving a plurality of photographic images") that are further stored in the Micro SD card, Hard disk drive, or in the Cloud.

**Camera Overview**

Proudly American, Night Owl® is excited to offer our U.S. designed and engineered 1080p HD Wi-Fi IP Camera(s) with Built-In Motion-Activated Spotlights, Human Detection Technology, and 2-Way Audio. The bright spotlight activates when it senses human motion, stopping trespassers in their tracks. Human Detection reduces false alerts to your Smart Device, while Facial Capture takes a snapshot of a person's face and sends you a real-time alert. 2-Way Audio lets you record sound and use the virtual intercom feature to hear what's happening and to talk through the camera(s). These weather-resistant indoor/outdoor camera(s) use Color Night Vision to continue recording in full-color in low-light settings, only switching to Night Vision if necessary. Night Vision up to 100 ft. and wide-angle viewing provides extreme coverage for your home or business.

(https://nightowlsp.com/products/wi-fi-ip-plug-in-1080p-spotlight-cameras-with-2-way-audio-and-audio-alerts-and-sirens-2-pack-white (annotated)).

**Storage Options:**

- **microSD Card Recording**: Store recordings directly to a microSD card (not included), up to 128GB per camera. No monthly fees!
- **Local Storage to Hard Disk Drive:** Record locally to a pre-installed hard disk drive when connected to a compatible Wi-Fi NVR (not included). No monthly fees!
- **Cloud Recording:** Choose optional cloud storage and select from multiple monthly plans based on your storage needs. Fees may apply.

(https://nightowlsp.com/products/wi-fi-ip-plug-in-1080p-spotlight-cameras-with-2-way-audio-and-audio-alerts-and-sirens-2-pack-white (annotated)).

15.     Defendant uses its image-capturing mobile devices to perform the step of filtering the plurality of photographic images using a transfer criteria.  For example, when the camera detects humans, the built-in spotlights activate, allowing the camera to capture the face of the human using Facial Capture technology. Further, the camera sends real-time alerts to the Night Owl Protect application installed on the user's mobile device, transmitting the corresponding video clips and images, indicating the detected activity. Furthermore, the application organizes the received video clips based on different events and areas, such as downstairs, front door, and driveway. Therefore, it would be apparent to a person having ordinary skill in the art that the camera filters the captured images or videos ("the plurality of photographic images") and sends them to the NightOwl Protect application based on motion or human detection in front of the location of the camera ("using a transfer criteria").

**Camera Overview**

Proudly American, Night Owl® is excited to offer our U.S. designed and engineered 1080p HD Wi-Fi IP Camera(s) with Built-In Motion-Activated Spotlights, Human Detection Technology, and 2-Way Audio. The bright spotlight activates when it senses human motion, stopping trespassers in their tracks. Human Detection reduces false alerts to your Smart Device, while Facial Capture takes a snapshot of a person's face and sends you a real-time alert. 2-Way Audio lets you record sound and use the virtual intercom feature to hear what's happening and to talk through the camera(s). These weather-resistant indoor/outdoor camera(s) use Color Night Vision to continue recording in full-color in low-light settings, only switching to Night Vision if necessary. Night Vision up to 100 ft. and wide-angle viewing provides extreme coverage for your home or business.

(https://nightowlsp.com/products/wi-fi-ip-plug-in-1080p-spotlight-cameras-with-2-way-audio-and-audio-alerts-and-sirens-2-pack-white (annotated)).



(https://nightowlsp.com/products/wi-fi-ip-plug-in-1080p-spotlight-cameras-with-2-way-audio-and-audio-alerts-and-sirens-2-pack-white (annotated)).



(https://nightowlsp.com/products/wi-fi-ip-plug-in-1080p-spotlight-cameras-with-2-way-audio-and-audio-alerts-and-sirens-2-pack-white (annotated)).



(https://nightowlsp.com/products/wi-fi-ip-plug-in-1080p-spotlight-cameras-with-2-way-audio-and-audio-alerts-and-sirens-2-pack-white (annotated)).

16. Defendant uses its image-capturing mobile devices to perform the step of transmitting, via a wireless transmitter and to a second image-capturing device, the filtered plurality of photographic images. For example, after capturing and filtering the videos and images of the detected person, the camera sends real-time alerts by sending the captured videos and images ("the filtered plurality of photographic images") to the Night Owl Protect application, which can be installed on the user's mobile device ("second image capturing device"), and connected through the Wi-Fi network. Therefore, the camera contains an embedded wireless transmitter, enabling it to send alert notifications and the captured images.



(https://nightowlsp.com/products/wi-fi-ip-plug-in-1080p-spotlight-cameras-with-2-way-audio-and-audio-alerts-and-sirens-2-pack-white (annotated)).



(https://nightowlsp.com/products/wi-fi-ip-plug-in-1080p-spotlight-cameras-with-2-way-audio-and-audio-alerts-and-sirens-2-pack-white (annotated)).



(https://nightowlsp.com/products/wi-fi-ip-plug-in-1080p-spotlight-cameras-with-2-way-audio-and-audio-alerts-and-sirens-2-pack-white (annotated)).

13

17. Defendant uses its image-capturing mobile devices to perform the step wherein the transfer criteria is a geographic location of the image-capturing mobile device. For example, after the connection is established between the camera ("the image-capturing mobile device") and the Night Owl Protect application installed on the user's mobile device, the camera sends real-time alerts and the captured video recording or images to the user's mobile device based on the camera's location whenever a human is detected and bright spotlights activate in front of the camera's location ("the transfer criteria is a geographic location of the image-capturing mobile device").

**Key Features**

- 1080p AC Powered Wi-Fi IP Indoor/Outdoor Spotlight Camera(s)
- Built-In Motion-Activated Spotlights
- Human Detection Technology with Facial Capture
- 2-Way Audio Enabled Camera(s)
- Color Night Vision with up to 100 ft. of Visibility
- Flexible Setup and Storage Options
- Remote Viewing with No Monthly Fees
- **NOTE:** The camera(s) are specific to the WNIP2 series and are not backward compatible with other Night Owl® Wi-Fi products.

(https://nightowlsp.com/products/wi-fi-ip-plug-in-1080p-spotlight-cameras-with-2-way-audio-and-audio-alerts-and-sirens-2-pack-white (annotated)).

14

**Camera Overview**

Proudly American, Night Owl® is excited to offer our U.S. designed and engineered 1080p HD Wi-Fi IP Camera(s) with Built-In Motion-Activated Spotlights, Human Detection Technology, and 2-Way Audio. The bright spotlight activates when it senses human motion, stopping trespassers in their tracks. Human Detection reduces false alerts to your Smart Device, while Facial Capture takes a snapshot of a person's face and sends you a real-time alert. 2-Way Audio lets you record sound and use the virtual intercom feature to hear what's happening and to talk through the camera(s). These weather-resistant indoor/outdoor camera(s) use Color Night Vision to continue recording in full-color in low-light settings, only switching to Night Vision if necessary. Night Vision up to 100 ft. and wide-angle viewing provides extreme coverage for your home or business.

(https://nightowlsp.com/products/wi-fi-ip-plug-in-1080p-spotlight-cameras-with-2-way-audio-and-audio-alerts-and-sirens-2-pack-white (annotated)).



(https://nightowlsp.com/products/wi-fi-ip-plug-in-1080p-spotlight-cameras-with-2-way-audio-and-audio-alerts-and-sirens-2-pack-white (annotated)).

15

18. **Induced Infringement.** Upon information and belief, Defendant has been and now is inducing infringement of claim 9 of the '797 patent in the State of Florida, in this District, and elsewhere in the United States, by providing the image-capturing mobile devices and Night Owl Protect application for use by Defendant's customers to perform a method that infringes claim 9 as described above. (*Supra* ¶¶12-17). At least as of the filing of this lawsuit and service of the Complaint, Defendant has had knowledge of the '797 Patent, knowledge that the use of the image-capturing mobile devices and Night Owl Protect application infringed claim 9 of the '797 Patent, and that this use of the image-capturing mobile devices and Night Owl Protect application by its customers constituted direct patent infringement. Despite this knowledge of infringement of claim 9 of the '797 patent, Defendant continued to encourage and induce its customers to use the image-capturing mobile devices and Night Owl Protect application by providing the image-capturing mobile devices and Night Owl Protect application to its customers with instructions (as described above) for use in a manner that infringed claim 9 of the '797 patent. Through maintenance and operation of the image-capturing mobile devices and Night Owl Protect application, when Defendant's customers use the image-capturing mobile devices and Night Owl Protect application, Defendant is and has been committing the act of inducing

infringement by specifically intending to induce infringement by providing the image-capturing mobile devices and Night Owl Protect application to its customers and by aiding and abetting its use in a manner known by Defendant to infringe claim 9 of the '797 Patent. Specifically, Defendant provides the image-capturing mobile devices to its customers knowing that the image-capturing mobile devices will be used to receive a plurality of photographic images, filter the photographic images using a transfer criteria which is a geographic location of the image-capturing device, and transmitting by way of a wireless transmitter to a second image-capturing device the filtered photographic images. (*Supra* ¶¶12-17). Defendant also provides the Night Owl Protect application and instructs its customers to install the Night Owl Protect application on the customer's mobile phone, laptop, or tablet ("second image-capturing device") and further instructs its customers how to use the Night Owl Protect application to set up a filter for the photographic images captured by the Defendant's image-capturing device purchased by the customer using a transfer criteria that is a geographic location of the image-capturing mobile device. (*Supra* ¶¶12-17). Furthermore, Defendant instructs its customers to download the Night Owl Protect application so that the customer's mobile phone, laptop, or tablet can receive the filtered photographic images. (*Supra* ¶¶12-17). Defendant therefore knowingly induced infringement and specifically intended to encourage and induce the infringement of claim 9 of

the '797 patent by its customers. Even where performance of the steps required to infringe claim 9 of the '797 Patent is accomplished by Defendant and Defendant's customer jointly, Defendant's actions have solely caused each of the steps to be performed.

19.  Plaintiff has been damaged as a result of Defendant's infringing conduct. Defendant is thus liable to Plaintiff for damages in an amount that adequately compensates Plaintiff for such infringement of the '797 Patent, *i.e.*, in an amount that by law cannot be less than would constitute a reasonable royalty for the use of the patented technology, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

20.  On information and belief, Defendant will continue its infringement unless enjoined by the Court. Each and all of the Defendant's infringing conduct thus causes Plaintiff irreparable harm and will continue to cause such harm without the issuance of an injunction.

21.  The claims of the '797 Patent are method claims to which the marking requirements are not applicable. Plaintiff has therefore complied with the marking statute.

## V.  JURY DEMAND

Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

## VI. **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that the Court find in its favor and against Defendant, and that the Court grant Plaintiff the following relief:

a. Judgment that claim 9 of United States Patent No. 8,437,797 has been infringed directly and indirectly, either literally and/or under the doctrine of equivalents, by Defendant;

b. Judgment that Defendant account for and pay to Plaintiff all damages to and costs incurred by Plaintiff because of Defendant's infringing activities and other conduct complained of herein, and an accounting of all infringements and damages not presented at trial;

c. That Defendant be permanently enjoined from any further activity or conduct that infringes;

d. That Plaintiff be granted pre-judgment and post-judgment interest on the damages caused by Defendant's infringing activities and other conduct complained of herein; and

e. That Plaintiff be granted such other and further relief as the Court may deem just and proper under the circumstances.

April 9, 2025

/s/Barbra Anne Stern
Barbra A. Stern, Esquire
Florida Bar No.: 526576
barbra@sternlawoffice.com
Law Offices of Barbra Stern, PA
808 E. Las Olas Blvd, Suite 102
Ft. Lauderdale, Florida 33301
Telephone: (954) 239-7249
*Attorneys for Plaintiff*
*Rothschild Patent Imaging, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2025, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

*/s/Barbra A. Stern*
