IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| **ROTHSCHILD PATENT IMAGING, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**NIGHT OWL SP, LLC,**<br><br>Defendant. | C.A. No. 2:25-cv-287-SPC-NPM<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |

**PLAINTIFF'S OPPOSITION TO DEFENDANT NIGHT OWL SP, LLC's
MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Plaintiff Rothschild Patent Imaging, LLC ("RPI") files this opposition to Defendant Night Owl SP, LLC's Motion to Dismiss for Failure to State a Claim ("Motion to Dismiss") (Dkt. No. 12).

Plaintiff filed an Amended Complaint pursuant to Rule 15(a)(1)(B), Fed.R.Civ.P., in response to the Motion to Dismiss that addresses the issues raised in the Motion to Dismiss. (Dkt. No. 22). The Amended Complaint substantially amends the Original Complaint to address the patent ineligibility and non-infringement issues raised in Night Owl's Motion to Dismiss. Additional factual allegations regarding the patent eligibility of the asserted claim and direct infringement were added to the Amended Complaint. (*E.g., id.* at ¶¶12-24, 27-39).

"An amended complaint supersedes an original complaint. *Malowney v. Federal Collection Deposit Group*, 193 F.3d 1342, 1345 n.1 (11th Cir. 1999). The filing

of the Amended Complaint therefore renders moot a motion to dismiss, such that the motion to dismiss should be denied. *Mason v. Yellowstone Landscape, Inc.*, 2023 WL 11991595, *1 (M.D. Fl. Oct. 17, 2023); *Winston v. State Farm Mutual Automobile Insurance Company*, 2017 WL 7689638, *1 (M.D. Fl. Feb. 3, 2017); *Williams v. Bank of America Corporation*, 2016 WL 11618569, *1 (M.D. Fl. June 24, 2016); *Clark v. Ashland, Inc.*, 2015 WL 14091480, *1 (M.D. Fl. Aug. 25, 2015); *Razi v. Razavi*, 2012 WL 12953932, *1 (M.D. Fl. June 8, 2012). In view of the filing of the Amended Complaint that addresses the alleged defects asserted in Night Owl's Motion to Dismiss, the Motion to Dismiss should be denied as moot.

If the Court finds that the Amended Complaint does not moot the Motion to Dismiss, RPI respectfully requests the opportunity to respond to any issues that the Court finds were not addressed by the Amended Complaint.

June 12, 2025

Respectfully submitted,

*/s/ Steven G. Kalberg*
Barbra A. Stern, Esquire
Florida Bar No.: 526576
barbra@sternlawoffice.com
Law Offices of Barbra Stern, PA
808 E. Las Olas Blvd, Suite 102
Ft. Lauderdale, Florida 33301
Telephone: (954) 743-4710

2

        Steven G. Kalberg
        (admitted *pro hac vice*)
        Direction IP Law
        P.O. Box 14184
        Chicago, IL 60614-0184
        (312) 291-1667
        Skalberg@directionip.com

        *Attorneys for Plaintiff*
        *Rothschild Patent Imaging, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2025, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

>    */s/ David R. Bennett*
>    David R. Bennett